UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROE ACEVEDO,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>Defendant. | Case No.: 1:22-cv-00767 SKO<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION** |

Plaintiff William Roe Acevedo is a federal prisoner proceeding *pro se* in this action pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b). Plaintiff seeks monetary damages for alleged negligence arising out of events at the United States Penitentiary, Atwater. The action was initially designated as a civil action concerning personal property.

*Background*

On June 23, 2022, Defendant removed this small claims action from the Merced County Superior Court to this Court. (Doc. 1.) The removal notice includes a copy of Plaintiff's complaint filed in the state court (Doc. 1-1 at 1-9 (Ex. A)), and Defendant's Certification of Scope of Federal Employment filed in state court (Doc. 1-2 at 1-3 (Ex. B)).

On June 24, 2022, Defendant filed a Notice of Substitution, substituting the United States of America in place of Andre Matevousian. (Doc. 3.)

1    On June 27, 2022, Defendant filed a Motion to Dismiss. (Doc. 4.)

*Discussion*

The Court has reviewed Plaintiff's complaint originally filed in the Merced County Superior Court and determined that the present action involves a prisoner litigating the conditions of his confinement for a loss of personal property during institutional transfer. *See* 28 U.S.C. § 1346(b)(1). Consequently, the administrative designation should reflect this, and this matter should proceed according to the rules governing actions involving a prisoner litigating the conditions of his confinement.  This includes Local Rule 230(*l*) on motions in prisoner actions. Thus, the motion to dismiss shall be submitted upon the record without oral argument.  This matter is also excepted from the mandatory scheduling conference requirement, pursuant to Local Rule 240(c)(8).

*Conclusion and Order*

For the reasons stated above, it is HEREBY ORDERED as follows:

1. The Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a prisoner litigating the conditions of his confinement for a loss of property through the FTCA;

2. The Clerk of the Court is DIRECTED to substitute the United States of America as Defendant in place of Andre Matevousian; and

3. The Clerk of the Court SHALL designate the case number in this action as follows: Case No. 1:22-cv-00767-SKO (PC).

IT IS SO ORDERED.

Dated:   **June 29, 2022**                    /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE