UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROE ACEVEDO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 1:22-cv-00767 SKO (PC)<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>**21-DAY DEADLINE** |

Plaintiff William Roe Acevedo is a federal prisoner proceeding *pro se* in this civil rights action.[1]

On June 27, 2022, Defendant United States of America[2] filed a motion to dismiss Plaintiff's complaint. (Doc. 4.) Pursuant to Local Rule 230(l), Plaintiff had 21 days to file an opposition or a statement of non-opposition to Defendant's motion to dismiss. Although more than the provided time has passed, Plaintiff failed to do so.

Accordingly, the Court ORDERS Plaintiff, within 21 days, to show cause in writing why this action should not be dismissed for his failure to prosecute. Alternatively, within that same

---

[1] Plaintiff originally filed his complaint in the Merced County Superior Court. The action was removed to this Court on June 23, 2022. (*See* Doc. 1.)

[2] Plaintiff originally named Andre Matevousian as the sole Defendant in the action; the United States was substituted in his place on June 24, 2022. (*See* Doc. 3.)

time, Plaintiff may file an opposition or a statement of non-opposition to Defendant's motion to dismiss.

**Failure to comply with this order will result in a recommendation that this case be dismissed for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **July 27, 2022**                        /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE